# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| EMILY J. HODSON,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | Cause No. CV-20-52-GF-BMM-JTJ<br><br>**ORDER TO DISMISS ALL CLAIMS IN THIS CASE WITH PREJUDICE** |

Pursuant to the Uncontested Motion to Dismiss All Claims in this case with prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that all claims asserted by the parties, one against the other, in the above-entitled action are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each of the said parties shall bear and pay all costs and expenses heretofore incurred or to be incurred by them respectively in connection with said action.

DATED THIS 13th day of May, 2021.

_____
John Johnston
United States Magistrate Judge

c:    Plaintiff/Rausch
      Defendant/Oblander